**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Regina Luckey and Brian Heredia, Defendants,

of whom Brian Heredia is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2025-002182

_____

Appeal From Richland County
Michelle M. Hurley, Family Court Judge

_____

Unpublished Opinion No. 2026-UP-375
Submitted July 16, 2026 – Filed July 17, 2026

_____

**AFFIRMED**

_____

Harry A. Hancock, of Columbia, for Appellant.

Earnest Deon O'Neil, of Columbia, as the Guardian ad Litem for Appellant.

Christopher Ryan Johnson, of the South Carolina Department of Social Services, of Columbia, for Respondent.

Tiffany J. Lumpkin, of Lumpkin Legal Solutions, LLC, of Columbia, for the Guardian ad Litem for the minor child.

---

**PER CURIAM:**  Brian Heredia appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2025).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Heredia's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.